**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-------------------------------------------------------x
BYRON BREEZE, JR.,            CASE NO.: 2:19-cv-14029-ES-CLW
*on behalf of himself and all others*
*similarly situated,*

              Plaintiff,

   v.                            **NOTICE OF VOLUNTARY**
                                 **DISMISSAL WITHOUT PREJUDICE**
                                 **AS TO FORMER DEFENDANT**
                                 **PRIME MOTOR INNS, INC. ONLY**

EH ASSOCIATES LLC,
*a New Jersey limited liability company,*
and OYO HOTELS AND HOMES LLC,
*a Delaware limited liability company,*

              Defendants.
-------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, BYRON BREEZE, JR., by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal Without Prejudice as to former defendant PRIME MOTOR INNS, INC. only.

DATED: Garden City, New York
             December 20, 2019

                                                      Respectfully submitted,

                                                        **Bashian & Papantoniou, P.C.**
                                                        *Attorneys for Plaintiff*
                                                        500 Old Country Road, Ste. 302
                                                        Garden City, NY 11530
                                                         Tel:   (516) 279-1554
                                                         Fax:   (516) 213-0339

                                                        *By:* */s/ Erik M. Bashian*
                                                        **ERIK M. BASHIAN, ESQ.**
                                                        eb@bashpaplaw.com