UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
BYRON BREEZE, JR.,
*on behalf of himself and all others*
*similarly situated*,

                CASE NO.: 2:19-cv-14029-ES-CLW

      Plaintiff,

        v.                **STIPULATION OF DISMISSAL**
                                                        **WITH PREJUDICE**

EH ASSOCIATES LLC,
*a New Jersey limited liability company*,
and OYO HOTELS AND HOMES LLC,
*a Delaware limited liability company*,

      Defendants.
-----------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and defendants EH ASSOCIATES LLC, and OYO HOTELS AND HOMES LLC, through their undersigned respective counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-entitled action be, and the same hereby is, dismissed with prejudice, with the Court to retain jurisdiction over the parties and the action until February 13, 2021 for the sole purpose of enforcement of the parties' obligations under Section 1 of the parties' Confidential Settlement Agreement and Release of Claims. Section 1 of the Confidential Settlement Agreement and Release of Claims reads as follows:

      Within 1 year after the Effective Date, Defendants shall ensure that the following accessibility information is provided on the Website:

      A.      Any webpage on the Website providing information on available guestrooms at the Property shall include accessible guestrooms, and shall provide the following information about accessible guestrooms: (1) room type; (2) number of beds; (3) one of the following designations: (a) mobility accessible, (b) hearing accessible, or (c) mobility/hearing accessible; and (4) if the room is designated as mobility accessible, the type of accessible bathing fixture (i.e., roll-in shower, transfer shower, or accessible tub).

      B.      The Website shall state in conspicuous fashion whether or not the following common areas and amenities of the Property are accessible, if applicable: (1) public entrance; (2) route from the accessible public entrance to the registration area; (3) route from the accessible public entrance to the accessible guestrooms; (4) route from the accessible public entrance to all areas where food and beverages are sold; (5) route from the accessible public entrance to the meeting room/ballroom area; (6) route from the accessible public entrance to the fitness center; (7) accessible guest rooms with mobility features have doorways that provide 32" of clear width; (8) registration desk; (9) parking spaces for cars in the self-parking facility; (10) van-accessible parking in the self-parking facility; (11) the hotel's valet parking accepts and parks vehicles outfitted for wheelchair users; (12) transportation services; (13) restaurants; (14) the Property has a TTY for guest use; (15) the Property provides assistive listening devices for meetings upon

request; and (16) the Property's guest room televisions have closed captioning or closed captioning decoders are provided.

Each party shall bear its own attorneys' fees and costs.

Dated: May 13, 2020
Garden City, New York

Dated: May 13, 2020
Morristown, New Jersey

**BASHIAN & PAPANTONIOU, P.C.**

By: _____
Erik M. Bashian, Esq.
*Attorneys for Plaintiff*
500 Old Country Road, Suite 302
Garden City, NY 11530
Tel: (516) 279-1554
Email: eb@bashpaplaw.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

s/ Fotini Karamboulis

By: _____
Fotini Karamboulis, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Tel: (973) 656-1600
Fax: (973) 656-1611
fotini.karamboulis@ogletree.com
*Attorneys for Defendants*

**SO ORDERED:**

_____
Hon. Esther Salas, U.S.D.J.
Dated: May 14, 2020